**B1 (Official Form 1)  (04/13)**

| United States Bankruptcy Court<br>District of Colorado | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Industrial Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **84-1177229** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5513 Highway 348**<br>**Delta, CO**<br>ZIPCODE **81416** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Delta** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**5513 Highway 348, Delta, CO** | ZIPCODE **81416** |
|---|---|

<div style="margin-left:0; writing-mode: vertical;">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Chapter 15 Debtor**
Country of debtor's center of main interests:
_____
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Industrial Systems, Inc.** |
|---|---|

<div align="center">

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

</div>

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

<div align="center">

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

</div>

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br><span style="font-size:small">Signature of Attorney for Debtor(s)          Date</span> |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐  Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

<div align="center">

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

</div>

   ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

<div align="center">

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

</div>

   ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

<div align="center">(Name of landlord that obtained judgment)</div>

_____

<div align="center">(Address of landlord)</div>

   ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                              Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Industrial Systems, Inc.** |
|---|---|

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ W. Andrew Figel* <br> Signature of Attorney for Debtor(s) <br><br> **W. Andrew Figel 30094** <br> **Miller & Law** <br> **1900 West Littleton Blvd.** <br> **Littleton, CO  80120-0000** <br> **(303) 722-6500  Fax: (303) 722-9270** <br> **waf@lpmlaw.com** <br><br><br> **June 29, 2015** <br> Date <br> \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any,  of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address <br><br> _____ <br><br> X _____ <br> Signature <br><br> _____ <br> Date <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ John Robert Isom* <br> Signature of Authorized Individual <br><br> **John Robert Isom** <br> Printed Name of Authorized Individual <br><br> **President** <br> Title of Authorized Individual <br><br> **June 29, 2015** <br> Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                    Case No. _____

**Industrial Systems, Inc.** _____     Chapter **11** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 220,403.00 | 2015 Year to Date |
| 799,602.00 | 2014 |
| 3,128,046.00 | 2013 |

---

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **1st Global Capital**<br>1250 East Hallandale Beach Boulevard<br>Hallandale Beach, FL 33009-0000 | 4/2/15-5/20/15 | 6,800.00 | 13,000.00 |
| **All-Phase Electric Supply**<br>PO Box 22254<br>Denver, CO 80222-0000 | 4/16/15 | 22,923.40 | 53,839.16 |
| **Alpine Bank**<br>400 7th Street South<br>Rifle, CO 81650-0000 | 4/3/15-6/11/15 | 49,461.00 | 10,122.08 |
| **Bank Of The West**<br>PO Box 4024<br>Alameda, CA 94501-0424 | 5/5/15 | 1,892.04 | 30,368.16 |
| **Capital One**<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | 4/6/15-6/11/15 | 6,600.00 | 5,748.99 |
| **Ceco Building Systems**<br>100 Red Iron Road<br>Rocky Mount, NC 27804-0000 | 5/27/15 | 42,730.28 | 0.00 |
| **Chase Auto Finance**<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | 4/10/15-6/29/15 | 1,757.61 | 9,739.60 |
| **Chase Auto Finance**<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | 4/20/15-5/15/15 | 982.86 | 14,634.28 |
| **Colorado Department Of Revenue**<br>1375 Sherman<br>Denver, CO 80261-0000 | 4/10/15-6/10/15 | 3,601.00 | 29,236.42 |
| **Delta County Clerk & Recorder**<br>501 Palmer Street, #211<br>Delta, CO 81416-0000 | 4/28/15 | 609.47 | 0.00 |
| **Internal Revenue Service**<br>Ogden, UT 84201-0000 | 4/10/15-4/30/15 | 4,417.96 | 54,307.21 |
| **FCF Premium Finance, GL Insurance**<br>2782 Crossroads Boulevard<br>Grand Junction, CO 81506-0000 | 4/23/15-6/1/15 | 3,691.06 | 1,490.33 |
| **Kabbage**<br>730 Peachtree Street, Suite 350<br>Atlanta, GA 30308-0000 | 4/23/15-6/25/15 | 7,326.35 | 15,611.31 |
| **Eric Keller**<br>602 Sloan Street<br>Delta, CO 81416-0000 | 4/3/15-6/5/15 | 806.43 | 0.00 |
| **Mountain States Insurance Group**<br>5051 Journal Center Boulevard<br>Albuquerque, NM 87109-0000 | 4/6/15-6/9/15 | 8,063.51 | 2,734.60 |
| **Pinnacol Assurance**<br>PO Box 561434<br>Denver, CO 80256-1434 | 4/13/15-5/14/15 | 2,607.00 | 2,541.00 |
| **Rexel Ryall**<br>Dept #1309<br>Denver, CO 80256-0001 | 4/30/15 | 1,058.76 | 4,991.43 |
| **Silvercote, LLC**<br>979 Batesville Road<br>Greer, SC 29651-0000 | 6/3/15 | 10,712.09 | 0.00 |
| **DMEA**<br>PO Box 1608<br>Montrose, CO 81402-1608 | 6/29/15 | 1,059.57 | 2,058.91 |
| **Bob Isom**<br>5513 Highway 348<br>Delta, CO 81416-0000 | 6/29/15 | 2,343.00 | 796,048.41 |

© 1993-2013 EZ-Filing, Inc. 1-800-998-2424] - Forms Software Only

None b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Magna Energy Services, LLC v. Industrial Systems, Inc., Case Number: 2013CV30983, Division 5** | **Civil Lawsuit** | **District Court, Weld County, Colorado** | **Dismissed June 5, 2015** |
| **Resource West, Inc. v. Industrial Systems, Inc., Robert Isom, Stephen A. Kesler, P.E., Westar, Inc., Adam J. Huff, S.E., Epic Engineering, P.C., Roger T. Alworth, S.E., Vector Structural Engineering, LLC, and Halker Consulting, LLC, Case No.: 14 CV 30681, Division: 11** | **Breach of Contract** | **District Court, Mesa County, Colorado** | **Pending** |
| **Consolidated Electrical Distributors, Inc., v. Weld County, Colorado, Industrial Systems, Inc., JBlanco Enterprises, Inc., and Philadelphia Indemnity Insurance Company; Case No.: 2015CV30489, Division: 4** | **Civil Lawsuit** | **District Court, Weld County, Colorado** | **Pending** |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **High Country Gas & Supply 1039 Pitkin Avenue Grand Junction, CO  81501** | **March 2015** | **Debtor assigned the following equipment: (1) Welding machine and two (2) wire fees to apply against Debtor's account balance. The property has been sold, and $3,150.00 had been applied against the Debtor's account** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

balance.

 None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

 None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

 None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

## 10. Other transfers

 None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Alpine Bank**<br>**400 7th Street South**<br>**Rifle, CO  81650** | **Checking Account** | **Closed in October 2014.** |

## 12. Safe deposit boxes

 None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

 None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Larin Jones** | **1998-Present** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1009 Hastings Street**
**Delta, CO 81416**

<sup>None</sup> ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

**Alpine Bank**
**400 7th Street South**
**Rifle, CO 81650**

**National Business Capital**
**1 Corporate Drive, #202**
**Bohemia, NY 11716**

**National Funding**
**9820 Town Center Drive**
**San Diego, CA 92121**

**American Express (Business)**
**P.O. Box 981540**
**El Paso, TX 79998-1540**

**Allstar Financial Group**
**19751 E. Main Street, #255**
**Parker, CO 80111**

**Front Range Insurance Group**
**1100 Haxton Drive, #100**
**Fort Collins, CO 80525**

**RLI Insurance Company**
**5300 DTC Parkway, Suite 330**
**Greenwood Village, CO 80111**

**Six & Geving Insurance, Inc.,**
**225 Union Boulevard**
**Lakewood, CO 80228**

**Surescape Insurance Services**
**7800 S. Elati Street**
**Littleton, CO 80120**

**CCI Surety, Inc.,**
**1710 N. Douglas Drive, Suite 110**
**Golden Valley, MN 55422**

**Internal Revenue Service**
**Ogden, UT 84201**

**Affinity Ventures**
**6121 Indian School Road NE, #101**
**Albuquerque, NM 87110**

**Bridge Bank**
**55 Almaden Boulevard**
**San Jose, CA 95113**

**Next Level Funding**
**6, 450 Park Avenue South**
**New York, NY 10016**

**Reliant Funding**
**10505 Sorrento Valley Road, #150**
**San Diego, CA 92121**

<sup>None</sup> ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

<sup>None</sup> ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☐ dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **12/31/2013** | **Bob Isom** | **$148,123.53-Book Value** |
| **12/31/14** | **Bob Isom** | **$118,621.00-Book Value** |

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/31/13 & 12/31/14** | **Bob Isom** |
| | **5513 Highway 348** |
| | **Delta, CO  81416-0000** |

**21. Current Partners, Officers, Directors and Shareholders**

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☐ or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bob Isom** | **President** | **100%** |
| **5513 Highway 348** | | |
| **Delta, CO  81416** | | |
| **Peggy Isom** | **Secretary/Treasurer** | **0%** |
| **5513 Highway 348** | | |
| **Delta, CO  81416** | | |
| **Kimberly Cormier** | **Vice President** | **0%** |
| **5513 Highway 348** | | |
| **Delta, CO  81416** | | |

**22. Former partners, officers, directors and shareholders**

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

**24. Tax Consolidation Group**

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑ purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑ has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 29, 2015**                    Signature: ***/s/ John Robert Isom***

**John Robert Isom, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                                          Case No. _____

_____ Chapter **11** _____

**Industrial Systems, Inc.**
_____
               Debtor(s)

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 3,000,000.00 | | |
| B - Personal Property | Yes | 3 | $ 2,411,822.28 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 1,930,661.39 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $ 154,291.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $ 1,237,338.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 25 | $ 5,411,822.28 | $ 3,322,291.79 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Industrial Systems, Inc.**                                                                Case No. _____
                                            Debtor(s)                                                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **3 Parcels Of Property   5513 Hwy 348; Delta, Co 81416** | **Fee Simple** | | **3,000,000.00** | **1,624,684.28** |
| | | | | |
| | | **TOTAL** | **3,000,000.00** | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Industrial Systems, Inc.**
_____     Case No. _____
Debtor(s)                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

   Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Petty Cash** | | **489.19** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Alpine Checking Accounts   Alpine Bank** **Bank Of The West Checking Account   Bank Of The West** | | **1,093.00** **100.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____ Case No. _____

<div align="center">Debtor(s)            (If known)</div>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | JBlanco Enterprises, Inc. - $32,157.90<br>Kurion, Inc. - $27,456.39<br>T-Bone Construction, Inc. - $16,505.76<br>Greg White - $11,000.00<br>Uncompahgre Valley Builders - $24,312.00 | | 111,432.05 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Theft Restitution**<br>Debtor is receiving restitution payments for four separate theft incidents - received $1,487.67 of $4,000.00 to date. | | 2,512.33 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Tank Patent #501979276, United States Patent and Trademark Office Notice of Recordation of Assignment Document - July 9, 2012 | | 500,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **License With Originoil** | | 650,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Dodge Pickup** | | 19,249.15 |
| | | **2011 GMC Sierra 3500** | | 45,078.14 |
| | | **2012 Cadillac Escalade ESV** | | 75,310.15 |
| | | **2012 GMC Sierra 2500HD** | | 61,204.11 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furnishings** | | 90,000.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Industrial Systems, Inc.**
_____ Case No. _____
                        Debtor(s)                                                    (If known)

### SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery - See attached Exhibit A** | | **401,633.19** |
| | | **Shop Building w/ Overhead Crane - $81,074.00 Warehouse Building - $25,547.00 Overhead Crane - $9,000.00 Overhead Crane Rail - $3,000.00** | | **118,621.00** |
| | | **Trucks, Trailers, & Cranes - See attached Exhibit B** | | **335,099.97** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**TOTAL**   **2,411,822.28**

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Industrial Systems, Inc.** _____   Case No. _____
                                   Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE **Industrial Systems, Inc.** _____   Case No. _____

                                      Debtor(s)                                           (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**1st Global Capital** <br>**1250 East Hallandale Beach Boulevard** <br>**Hallandale Beach, FL  33009** | | | **Business Loan to Debtor** <br>**Secured by Accounts Receivable, etc.** <br><br><br>VALUE $ **111,432.05** | | | | **13,000.00** | |
| ACCOUNT NO. **7201** <br><br>**Alpine Bank** <br>**400 7th Street South** <br>**Rifle, CO  81650** | | | **Secured by ISI Equipment** <br><br><br>VALUE $ **736,733.16** | | | | **100,000.00** | |
| ACCOUNT NO. **0301** <br><br>**Alpine Bank** <br>**400 7th Street South** <br>**Rifle, CO  81650** | | | **Deed of Trust on 5513 Highway 348,** <br>**Delta, Colorado.** <br><br><br>VALUE $ **3,000,000.00** | | | | **1,457,693.84** | |
| ACCOUNT NO. **3901** <br><br>**Alpine Bank** <br>**400 7th Street South** <br>**Rifle, CO  81650** | X | | Deed of Trust 5513 Highway 348, Delta, Colorado <br>Deed of Trust 15076 Deer Run Road, Delta, Colorado <br><br><br>VALUE $ **3,000,000.00** | | | | **166,990.44** | |

    **1** continuation sheets attached

| | Subtotal <br>(Total of this page) | $ **1,737,684.28** | $ |
|---|---|---|---|
| | Total <br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Industrial Systems, Inc. _____ Case No. _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

<div align="center">

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2732**<br>**Bank Of The West - Auto Loan**<br>**PO Box 4024**<br>**Alameda, CA 94501-0424** | | | **2012 GMC Sierra 2500HD**<br><br><br>VALUE $ **61,204.11** | | | | **30,368.16** | |
| ACCOUNT NO. **5607**<br>**Chase - Auto Loan**<br>**PO Box 901076**<br>**Fort Worth, TX 76101-2076** | | | **2012 Cadillac Escalade ESV**<br><br><br>VALUE $ **75,310.15** | | | | **14,634.28** | |
| ACCOUNT NO. **2406**<br>**Chase - Auto Loan**<br>**PO Box 901076**<br>**Fort Worth, TX 76101-2076** | | | **2011 GMC Sierra 3500**<br><br><br>VALUE $ **45,078.14** | | | | **10,299.81** | |
| ACCOUNT NO.<br>**Kabbage**<br>**730 Peachtree Street, Suite 350**<br>**Atlanta, GA 30308** | | | **Busines Loan to Debtor secured by accounts receivable**<br><br>VALUE $ **111,432.05** | | | | **15,611.31** | |
| ACCOUNT NO.<br>**Ondeck Capital**<br>**901 North Stuart Street, Suite 700**<br>**Arlington, VA 22203** | | | **Business Loan to Debtor secured by accounts receivable etc.**<br><br>VALUE $ **208,841.05** | | | | **122,063.55** | |
| ACCOUNT NO.<br>**Law Office Of Joe Pezzuto, LLC**<br>**4411 South 40th Street**<br>**Suite D11**<br>**Phoenix, AZ 85040** | | | **Assignee or other notification for:**<br>**Ondeck Capital**<br><br>VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

<div align="right">

Subtotal
(Total of this page) $ **192,977.11** $

Total
(Use only on last page) $ **1,930,661.39** $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Industrial Systems, Inc.** _____     Case No. _____
                        Debtor(s)                                                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **4** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____  Case No. _____
    Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Craig Bresett**<br>**535 Grand Avenue**<br>**Delta, CO 81416** | | | **Payroll** | | | | **1,611.46** | **1,611.46** | |
| ACCOUNT NO.<br>**Eric Keller**<br>**602 Sloan Street**<br>**Delta, CO 81416** | | | **Payroll** | | | | **13,246.00** | **13,246.00** | |
| ACCOUNT NO.<br>**Glenn Lewis**<br>**2181 Meadows Court**<br>**Grand Junction, CO 81507** | | | **Payroll** | | | | **24,519.10** | **24,519.10** | |
| ACCOUNT NO.<br>**Jason Albert**<br>**PO Box 944**<br>**Delta, CO 81416** | | | **Payroll** | | | | **310.00** | **310.00** | |
| ACCOUNT NO.<br>**Kenneth Lock**<br>**13322 F Road**<br>**Delta, CO 81416** | | | **Payroll** | | | | **791.16** | **791.16** | |
| ACCOUNT NO.<br>**Larin Jones**<br>**1009 Hastings Street**<br>**Delta, CO 81416** | | | **Payroll** | | | | **2,410.00** | **2,410.00** | |

Sheet no. ____**1**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **42,887.72** | $ **42,887.72** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____    Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Les Mitchell**<br>**1120 Meeker Street**<br>**Delta, CO 81416** | | | Payroll | | | | 760.00 | 760.00 | |
| ACCOUNT NO.<br>**Tim Ryan**<br>**20002 Paradox Trail**<br>**Montrose, CO 81403** | | | Payroll | | | | 6,241.20 | 6,241.20 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**2**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **7,001.20** | $ **7,001.20** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  | $ | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____ Case No. _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **City Of Montrose 433 South First Street PO Box 790 Montrose, CO 81402** | | | **Sales Tax** | | | | 1,649.60 | 1,649.60 | |
| ACCOUNT NO. **Colorado Department Of Revenue 1375 Sherman Denver, CO 80261** | | | **Sales Tax** | | | | 2,821.00 | 2,821.00 | |
| ACCOUNT NO. **Delta County Treasurer 501 Palmer, Suite 202 Delta, CO 81416** | | | **Property Taxes** | | | | 12,673.48 | 12,673.48 | |
| ACCOUNT NO. **Department of the Treasury Internal Revenue Service Ogden, UT 84201-0005** | | | **Payroll Taxes** | | | | 54,307.21 | 54,307.21 | |
| ACCOUNT NO. **Jason Derrickson 400 Rood Avenue Suite 105 Grand Junction, CO 81501-2550** | | | **Assignee or other notification for: Department of the Treasury** | | | | | | |
| ACCOUNT NO. **Department Of The Treasury Internal Revenue Service Ogden, UT 84201-0046** | | | **Assignee or other notification for: Department of the Treasury** | | | | | | |

Sheet no. **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **71,451.29** $ **71,451.29** $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

IN RE Industrial Systems, Inc.            Case No. _____

_____

Debtor(s)                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**State Of Colorado Department Of Revenue 1375 Sherman Street Denver, CO 80261** | | | **Payroll Taxes** | | | | 3,715.00 | 3,715.00 | |
| ACCOUNT NO.<br><br>**State Of Colorado Department Of Labor And Employment PO Box 8789 Denver, CO 80201-8789** | | | **Unemployment Taxes** | | | | 29,236.42 | 29,236.42 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims      Subtotal
(Totals of this page)     $ **32,951.42**   $ **32,951.42**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $ **154,291.63**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)     $ **154,291.63**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Industrial Systems, Inc.** _____   Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **A-B & C Enterprises, Inc.** <br> **4111 S. Natches Ct.,** <br> **Unit J** <br> **Englewood, CO 80110** | | | **Accounts Payable** | | | | **9.46** |
| ACCOUNT NO. <br> **Action Machinery International** <br> **7790 South Wheeling Court** <br> **Englewood, CO 80112** | | | **Accounts Payable** | | | | **304.08** |
| ACCOUNT NO. <br> **All Copy Products, Inc.** <br> **4141 Colorado Blvd.** <br> **Denver, CO 80216** | | | **Accounts Payable** | | | | **72.00** |
| ACCOUNT NO. <br> **All-Phase Electric Supply** <br> **PO Box 22254** <br> **Denver, CO 80222** | | | **Accounts Payable** | | | | **53,839.16** |

**10** continuation sheets attached

Subtotal (Total of this page)  $ **54,224.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____ Case No. _____
                              Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Alpine Bank** 400 7th Street South Rifle, CO 81650 | | | Accounts Payable | | | | 946.33 |
| ACCOUNT NO. **Alpine Bank** 400 7th Street South Rifle, CO 81650 | | | Accounts Payable | | | | 10,122.08 |
| ACCOUNT NO. **Alpine Bank** 400 7th Street South Rifle, CO 81650 | | | Accounts Payable | | | | 8,276.88 |
| ACCOUNT NO. **ALSCO** PO Box 370 702 South 8th Grand Junction, CO 81502 | | | Accounts Payable | | | | 110.91 |
| ACCOUNT NO. **1009** **American Express** PO Box 360001 Ft. Lauderdale, FL 33336-0001 | | | Credit Cards | | | | 54,754.00 |
| ACCOUNT NO. **8267** **American Welding Society** Bank Of America PO Box 982235 El Paso, TX 79998-2235 | | | Credit Cards | | | | 32,733.98 |
| ACCOUNT NO. **Applied Industrial Technologies** 22510 Network Place Chicago, IL 60673-1225 | | | Accounts Payable | | | | 9,189.39 |

Sheet no. **1** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **116,133.57**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____ Case No. _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0470** <br><br> **Bank Of America** <br> **PO Box 982238** <br> **El Paso, TX 79998-2238** | | | **Credit Card** | | | | 4,651.15 |
| ACCOUNT NO. **0544** <br><br> **Bank Of America** <br> **PO Box 982238** <br> **El Paso, TX 79998-2238** | | | **Credit Card** | | | | 1,696.62 |
| ACCOUNT NO. **0762** <br><br> **Bank Of America** <br> **P.O. Box 982238** <br> **El Paso, TX 79998-2238** | | | **Credit Card** | | | | 3,059.13 |
| ACCOUNT NO. **1826** <br><br> **Bank Of America** <br> **PO Box 982238** <br> **El Paso, TX 79998-2238** | | | **Credit Card** | | | | 4,615.69 |
| ACCOUNT NO. **4347** <br><br> **Bank Of America** <br> **PO Box 982238** <br> **El Paso, TX 79998-2238** | | | **Credit Card** | | | | 10,651.14 |
| ACCOUNT NO. **4988** <br><br> **Bank Of America** <br> **PO Box 982238** <br> **El Paso, TX 79998-2238** | | | **Credit Card** | | | | 10,487.00 |
| ACCOUNT NO. **5748** <br><br> **Bank Of America** <br> **PO Box 982238** <br> **El Paso, TX 79998-2238** | | | **Credit Card** | | | | 25,305.69 |

Sheet no. **2** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **60,466.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____ Case No. _____
                                      Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6979**<br>**Bank Of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | | | **Credit Card** | | | | 3,383.94 |
| ACCOUNT NO.<br>**Bank Of America**<br>**Bank of America, N.A.**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | | | **Accounts Payable** | | | | 32,733.98 |
| ACCOUNT NO.<br>**Bauerle And Company, P.C.**<br>**7887 E. Belleview Avenue**<br>**Suite 700**<br>**Englewood, CO 80111-6021** | | | **Accounts Payable** | | | | 4,892.20 |
| ACCOUNT NO.<br>**Big Johnson Construction**<br>**PO Box 1128**<br>**Fort Morgan, CO 80701** | | | **Accounts Payable** | | | | 34,415.00 |
| ACCOUNT NO.<br>**Bob Isom**<br>**15076 Deer Run Road**<br>**Delta, CO 81416** | | | **Numerous Loans made to debtor from 2000-present.** | | | | 796,048.41 |
| ACCOUNT NO.<br>**BOSS In Montrose**<br>**138 N Townsend Ave.**<br>**Montrose, CO 81401** | | | **Accounts Payable** | | | | 1,070.02 |
| ACCOUNT NO. **7396**<br>**Capital One Bank**<br>**PO Box 60599**<br>**City Of Industry, CA 91716-0599** | | | **Credit Cards** | | | | 5,748.99 |

Sheet no. ___**3**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **878,292.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____ Case No. _____

Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CenturyLink**<br>**PO Box 29040**<br>**Phoenix, AZ 85038-9040** | | | **Accounts Payable** | | | | 591.19 |
| ACCOUNT NO.<br>**City Of Gunnison**<br>**PO Box 239**<br>**Gunnison, CO 81230** | | | **Accounts Payable** | | | | 0.57 |
| ACCOUNT NO.<br>**Clearnetworx**<br>**PO Box 1809**<br>**Montrose, CO 81402** | | | **Accounts Payable** | | | | 550.00 |
| ACCOUNT NO.<br>**Consolidated Electric Dist.**<br>**PO Box 22254**<br>**Denver, CO 80222** | | | **Accounts Payable** | | | | 6,099.12 |
| ACCOUNT NO.<br>**Construction Seminars, Inc.**<br>**4411 McLeod NE**<br>**Suite B**<br>**Albuquerque, NM 87105-0817** | | | **Accounts Payable** | | | | 107.00 |
| ACCOUNT NO.<br>**Crane Service Inc.**<br>**505 Murray Road SE**<br>**Albuquerque, NM 87105-0817** | | | **Accounts Payable** | | | | 9,447.43 |
| ACCOUNT NO.<br>**CT Corporation System**<br>**PO Box 4349**<br>**Carol Stream, IL 60197-4349** | | | **Accounts Payable** | | | | 568.00 |

Sheet no. **4** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,363.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____ Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Delta Auto Parts**<br>**841 Main Street**<br>**Delta, CO 81416** | | | **Accounts Payable** | | | | 652.65 |
| ACCOUNT NO.<br>**Delta Fire Safe, LLC**<br>**1150 E. 7th Street**<br>**Delta, CO 81416** | | | **Accounts Payable** | | | | 318.62 |
| ACCOUNT NO.<br>**Delta Hardware**<br>**PO Box 178**<br>**Delta, CO 81416** | | | **Accounts Payable** | | | | 1,408.55 |
| ACCOUNT NO.<br>**Delta-Montrose Electric Assoc.**<br>**PO Box 1608**<br>**Montrose, CO 81402-1608** | | | **Accounts Payable** | | | | 2,058.91 |
| ACCOUNT NO.<br>**Dirt Merchant Construction**<br>**638 1800 Road**<br>**Delta, CO 81416** | | | **Accounts Payable** | | | | 4,022.78 |
| ACCOUNT NO.<br>**Distribution Now**<br>**844 21 1/2 Road**<br>**Grand Junction, CO 81505** | | | **Accounts Payable** | | | | 27.36 |
| ACCOUNT NO.<br>**Diversified Safety**<br>**PO Box 741801**<br>**Boynton Beach, FL 33474** | | | **Accounts Payable** | | | | 35.34 |

Sheet no. **5** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,524.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____ Case No. _____
                                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Double J Disposal, Inc.** <br> **PO Box 127** <br> **Austin, CO 81410** | | | **Accounts Payable** | | | | 328.00 |
| ACCOUNT NO. <br> **Doyle Petroleum** <br> **621 Highway 92** <br> **Delta, CO** | | | **Accounts Payable** | | | | 1,906.04 |
| ACCOUNT NO. <br> **F&M Steel Services** <br> **1473 South Sandhill Drive** <br> **Washington, UT 84780** | | | **Accounts Payable** | | | | 3,550.00 |
| ACCOUNT NO. <br> **Fab/Trol Fabrication Control** <br> **1 East Broadway** <br> **Suite 100** <br> **Eugene, OR 97401** | | | **Accounts Payable** | | | | 760.22 |
| ACCOUNT NO. <br> **Fastenal Company** <br> **PO Box 1286** <br> **Winona, MN 55987-1286** | | | **Accounts Payable** | | | | 269.20 |
| ACCOUNT NO. <br> **FCF Premium Finance, LLP** <br> **PO Box 1358** <br> **Grand Junction, CO 81502** | | | **Accounts Payable** | | | | 1,490.33 |
| ACCOUNT NO. <br> **Grainger** <br> **Dept. 828441873** <br> **PO Box 419267** <br> **Kansas City, MO 64141-6267** | | | **Accounts Payable** | | | | 75.56 |

Sheet no. ____**6**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **8,379.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Industrial Systems, Inc.** _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **High Country Gas & Supply** <br> **1039 Pitkin Avenue** <br> **Grand Junction, CO  81501** | | | **Accounts Payable** | | | | 15,836.52 |
| ACCOUNT NO. <br> **J.T. Ryerson & Son, Inc.** <br> **24487 Network Place** <br> **Chicago, IL  60673-1244** | | | **Accounts Payable** | | | | 1,576.21 |
| ACCOUNT NO. <br> **Law Firms Of Greg Helmsing** <br> **PO Box 75** <br> **Delta, CO  81416** | | | **Attorney's Fees** | | | | 6,192.00 |
| ACCOUNT NO. <br> **MBCI** <br> **PO Box 840326** <br> **Dallas, TX  75284-0326** | | | **Accounts Payable** | | | | 531.06 |
| ACCOUNT NO. <br> **Mountain States Insurance Group** <br> **PO Box 93254** <br> **Albuquerque, NM  87199-3254** | | | **Accounts Payable** | | | | 2,734.60 |
| ACCOUNT NO. <br> **Municipal Treatment Equi. Inc.** <br> **17301 West Colfax Avenue** <br> **Unit 105** <br> **Golden, CO  80401** | | | **Accounts Payable** | | | | 1,890.60 |
| ACCOUNT NO. <br> **Office Machine Sales** <br> **401 N 1st Street** <br> **Montrose, CO  81401** | | | **Accounts Payable** | | | | 565.47 |

Sheet no. **7** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        $ **29,326.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Industrial Systems, Inc.** _____ Case No. _____
                                    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Overhead Door**<br>**2944 Highway 6 & 24**<br>**#303**<br>**Grand Junction, CO 81504** | | | **Accounts Payable** | | | | **2,870.00** |
| ACCOUNT NO.<br>**Peterson Company**<br>**10700 West 50th Ave.**<br>**Wheat Ridge, CO 80033** | | | **Accounts Payable** | | | | **4,973.00** |
| ACCOUNT NO.<br>**Petroleum Newspapers Of Alaska**<br>**PO Box 231647**<br>**Anchorage, AK 99523** | | | **Accounts Payable** | | | | **440.50** |
| ACCOUNT NO.<br>**Pinnacol Assurance**<br>**PO Box 561434**<br>**Denver, CO 80256-1434** | | | **Accounts Payable** | | | | **2,541.00** |
| ACCOUNT NO.<br>**Professional Tool Service**<br>**2420 I-70 Business Loop**<br>**Grand Junction, CO 81501** | | | **Accounts Payable** | | | | **156.92** |
| ACCOUNT NO.<br>**Red-D-Arc Inc.**<br>**PO Box 532618**<br>**Atlanta, GA 30353-2618** | | | **Accounts Payable** | | | | **6,672.50** |
| ACCOUNT NO.<br>**Rexel Ryall**<br>**Dept #1309**<br>**Denver, CO 80256-0001** | | | **Accounts Payable** | | | | **4,991.43** |

Sheet no. ____**8**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,645.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Industrial Systems, Inc.** _____ Case No. _____
                         Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **SCL Health System <br> 500 Eldorado Blvd., <br> Building 6, Suite 6250 <br> Broomfield, CO 80021** | | | **Accounts Payable** | | | | 1,576.00 |
| ACCOUNT NO. <br> **Sheridan Ross, P.C. <br> 1560 Broadway, <br> Suite 1200 <br> Denver, CO 80202** | | | **Attorney's Fees** | | | | 3,070.00 |
| ACCOUNT NO. <br> **SourceGas, LLC <br> PO Box 660474 <br> Dallas, TX 75266-0474** | | | **Accounts Payable** | | | | 343.24 |
| ACCOUNT NO. <br> **Splish Splash 24 Hr. Car Wash <br> 8737 2100 Road <br> Austin, CO 81410** | | | **Accounts Payable** | | | | 131.67 |
| ACCOUNT NO. <br> **Sunstate Equipment Co. <br> PO Box 52581 <br> Phoenix, AZ 85072-2581** | | | **Accounts Payable** | | | | 4,366.47 |
| ACCOUNT NO. <br> **Timken Motor & Crane Services <br> Department 1234 <br> P.O. Box 121234 <br> Dallas, TX 75312-1234** | | | **Accounts Payable** | | | | 228.36 |
| ACCOUNT NO. <br> **Todd Enterprises, Inc. <br> PO Box 1388 <br> Paonia, CO 81428** | | | **Accounts Payable** | | | | 931.50 |

Sheet no. **9** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | $ **10,647.24** |
| Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Industrial Systems, Inc. _____ Case No. _____
Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Twilight Multi-Media**<br>**214 South Sandstone Street**<br>**Gilbert, AZ 85296** | | | **Accounts Payable** | | | | 275.00 |
| ACCOUNT NO.<br>**United Reprographic Supply**<br>**Greenwood Village Branch**<br>**PO Box 5143**<br>**Englewood, CO 80155** | | | **Accounts Payable** | | | | 1,347.03 |
| ACCOUNT NO.<br>**United Site Services**<br>**PO Box 53267**<br>**Phoenix, AZ 85072-3267** | | | **Accounts Payable** | | | | 435.73 |
| ACCOUNT NO.<br>**VenPro Partners**<br>**FBO Gibrahn Verdult**<br>**533 2nd Street**<br>**Encinitas, CA 92024** | | | **Accounts Payable** | | | | 7,050.00 |
| ACCOUNT NO.<br>**Western Colorado Contractors**<br>**2470 F Road**<br>**Suite 14**<br>**Grand Junction, CO 81505** | | | **Accounts Payable** | | | | 12.00 |
| ACCOUNT NO.<br>**Western Implement Co.**<br>**2919 North Avenue**<br>**Grand Junction, CO 81504** | | | **Accounts Payable** | | | | 696.14 |
| ACCOUNT NO.<br>**Wilson Supply**<br>**PO Box 200822**<br>**Dallas, TX 75320-0822** | | | **Accounts Payable** | | | | 21,519.72 |

Sheet no. __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **31,335.62**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **1,237,338.77**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Industrial Systems, Inc.**                                    Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AT & T**<br>**7365 W. Alaska Drive, Belmar**<br>**Lakewood, CO  80226** | **Business Cell Phones** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Industrial Systems, Inc.** _____    Case No. _____
<div align="center">Debtor(s)</div>                                                    <div align="right">(If known)</div>

<div align="center">

## SCHEDULE H - CODEBTORS

</div>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bob & Peggy Isom**<br>**15076 Deer Run Road**<br>**Delta, CO  81416** | **Alpine Bank**<br>**400 7th Street South**<br>**Rifle, CO  81650** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Industrial Systems, Inc.** _____    Case No. _____
                          Debtor(s)                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                                        Debtor

Date: _____    Signature: _____
                                                                                          (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Industrial Systems, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 29, 2015** _____    Signature: ***/s/ John Robert Isom*** _____

                                        **John Robert Isom** _____
                                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form B 201A, Notice to Consumer Debtor(s)                                                                                    Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

**IN RE:**                                                          Case No. _____

**Industrial Systems, Inc.** _____   Chapter **11** _____

<div align="center">Debtor(s)</div>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          _____
Printed Name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy
Address:                                                                 petition preparer is not an individual, state
_____          the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                         the bankruptcy petition preparer.)
**X** _____          (Required by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Industrial Systems, Inc.** _____    **X** */s/ John Robert Isom* _____   **6/29/2015**
Printed Name(s) of Debtor(s)                                    Signature of Debtor                          Date

Case No. (if known) _____    **X** _____
                                                                Signature of Joint Debtor (if any)           Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1st Global Capital
1250 East Hallandale Beach Boulevard
Hallandale Beach, FL   33009


A-B & C Enterprises, Inc.
4111 S. Natches Ct.,
Unit J
Englewood, CO   80110


Action Machinery International
7790 South Wheeling Court
Englewood, CO   80112


All Copy Products, Inc.
4141 Colorado Blvd.
Denver, CO   80216


All-Phase Electric Supply
PO Box 22254
Denver, CO   80222


Alpine Bank
400 7th Street South
Rifle, CO   81650


ALSCO
PO Box 370
702 South 8th
Grand Junction, CO   81502


American Express
PO Box 360001
Ft. Lauderdale, FL   33336-0001

American Welding Society
Bank Of America
PO Box 982235
El Paso, TX  79998-2235


Applied Industrial Technologies
22510 Network Place
Chicago, IL  60673-1225


Bank Of America
Bank of America, N.A.
PO Box 5170
Simi Valley, CA  93062-5170


Bank Of America
PO Box 982238
El Paso, TX  79998-2238


Bank Of America
P.O. Box 982238
El Paso, TX  79998-2238


Bank Of The West - Auto Loan
PO Box 4024
Alameda, CA  94501-0424


Bauerle And Company, P.C.
7887 E. Belleview Avenue
Suite 700
Englewood, CO  80111-6021


Big Johnson Construction
PO Box 1128
Fort Morgan, CO  80701

```
Bob Isom
15076 Deer Run Road
Delta, CO   81416


BOSS In Montrose
138 N Townsend Ave.
Montrose, CO   81401


Capital One Bank
PO Box 60599
City Of Industry, CA   91716-0599


CenturyLink
PO Box 29040
Phoenix, AZ   85038-9040


Chase - Auto Loan
PO Box 901076
Fort Worth, TX   76101-2076


City Of Gunnison
PO Box 239
Gunnison, CO   81230


City Of Montrose
433 South First Street
PO Box 790
Montrose, CO   81402


Clearnetworx
PO Box 1809
Montrose, CO   81402
```

Colorado Department Of Revenue
1375 Sherman
Denver, CO   80261


Consolidated Electric Dist.
PO Box 22254
Denver, CO   80222


Construction Seminars, Inc.
4411 McLeod NE
Suite B
Albuquerque, NM   87105-0817


Craig Bresett
535 Grand Avenue
Delta, CO   81416


Crane Service Inc.
505 Murray Road SE
Albuquerque, NM   87105-0817


CT Corporation System
PO Box 4349
Carol Stream, IL   60197-4349


Delta Auto Parts
841 Main Street
Delta, CO   81416


Delta County Treasurer
501 Palmer, Suite 202
Delta, CO   81416

Delta Fire Safe, LLC
1150 E. 7th Street
Delta, CO   81416


Delta Hardware
PO Box 178
Delta, CO   81416


Delta-Montrose Electric Assoc.
PO Box 1608
Montrose, CO   81402-1608


Department of the Treasury
Internal Revenue Service
Ogden, UT   84201-0005


Department Of The Treasury
Internal Revenue Service
Ogden, UT   84201-0046


Dirt Merchant Construction
638 1800 Road
Delta, CO   81416


Distribution Now
844 21 1/2 Road
Grand Junction, CO   81505


Diversified Safety
PO Box 741801
Boynton Beach, FL   33474

Double J Disposal, Inc.
PO Box 127
Austin, CO   81410


Eric Keller
602 Sloan Street
Delta, CO   81416


F&M Steel Services
1473 South Sandhill Drive
Washington, UT   84780


Fab/Trol Fabrication Control
1 East Broadway
Suite 100
Eugene, OR   97401


Fastenal Company
PO Box 1286
Winona, MN   55987-1286


FCF Premium Finance, LLP
PO Box 1358
Grand Junction, CO   81502


Glenn Lewis
2181 Meadows Court
Grand Junction, CO   81507


Grainger
Dept. 828441873
PO Box 419267
Kansas City, MO   64141-6267

High Country Gas & Supply
1039 Pitkin Avenue
Grand Junction, CO   81501


J.T. Ryerson & Son, Inc.
24487 Network Place
Chicago, IL   60673-1244


Jason Albert
PO Box 944
Delta, CO   81416


Jason Derrickson
400 Rood Avenue
Suite 105
Grand Junction, CO   81501-2550


Kabbage
730 Peachtree Street, Suite 350
Atlanta, GA   30308


Kenneth Lock
13322 F Road
Delta, CO   81416


Larin Jones
1009 Hastings Street
Delta, CO   81416


Law Firms Of Greg Helmsing
PO Box 75
Delta, CO   81416

```
Law Office Of Joe Pezzuto, LLC
4411 South 40th Street
Suite D11
Phoenix, AZ   85040


Les Mitchell
1120 Meeker Street
Delta, CO   81416


MBCI
PO Box 840326
Dallas, TX   75284-0326


Mountain States Insurance Group
PO Box 93254
Albuquerque, NM   87199-3254


Municipal Treatment Equi. Inc.
17301 West Colfax Avenue
Unit 105
Golden, CO   80401


Office Machine Sales
401 N 1st Street
Montrose, CO   81401


Ondeck Capital
901 North Stuart Street, Suite 700
Arlington, VA   22203


Overhead Door
2944 Highway 6 & 24
#303
Grand Junction, CO   81504
```

Peterson Company
10700 West 50th Ave.
Wheat Ridge, CO   80033


Petroleum Newspapers Of Alaska
PO Box 231647
Anchorage, AK   99523


Pinnacol Assurance
PO Box 561434
Denver, CO   80256-1434


Professional Tool Service
2420 I-70 Business Loop
Grand Junction, CO   81501


Red-D-Arc Inc.
PO Box 532618
Atlanta, GA   30353-2618


Rexel Ryall
Dept #1309
Denver, CO   80256-0001


SCL Health System
500 Eldorado Blvd.,
Building 6, Suite 6250
Broomfield, CO   80021


Sheridan Ross, P.C.
1560 Broadway,
Suite 1200
Denver, CO   80202

SourceGas, LLC
PO Box 660474
Dallas, TX   75266-0474


Splish Splash 24 Hr. Car Wash
8737 2100 Road
Austin, CO   81410


State Of Colorado
Department Of Revenue
1375 Sherman Street
Denver, CO   80261


State Of Colorado Department
Of Labor And Employment
PO Box 8789
Denver, CO   80201-8789


Sunstate Equipment Co.
PO Box 52581
Phoenix, AZ   85072-2581


Tim Ryan
20002 Paradox Trail
Montrose, CO   81403


Timken Motor & Crane Services
Department 1234
P.O. Box 121234
Dallas, TX   75312-1234


Todd Enterprises, Inc.
PO Box 1388
Paonia, CO   81428

Twilight Multi-Media
214 South Sandstone Street
Gilbert, AZ   85296


United Reprographic Supply
Greenwood Village Branch
PO Box 5143
Englewood, CO   80155


United Site Services
PO Box 53267
Phoenix, AZ   85072-3267


VenPro Partners
FBO Gibrahn Verdult
533 2nd Street
Encinitas, CA   92024


Western Colorado Contractors
2470 F Road
Suite 14
Grand Junction, CO   81505


Western Implement Co.
2919 North Avenue
Grand Junction, CO   81504


Wilson Supply
PO Box 200822
Dallas, TX   75320-0822

## United States Bankruptcy Court
### District of Colorado

**IN RE:**                                                        Case No. _____

**Industrial Systems, Inc.** _____     Chapter **11** _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address<br>including zip code | (2)<br>Name, telephone number and complete mailing<br>address, including zip code, of employee, agent<br>or department of creditor familiar with claim<br>who may be contacted | (3)<br>Nature of claim<br>(trade debt,<br>bank loan,<br>government<br>contract, etc.) | (4)<br>Indicate if claim<br>is contingent,<br>unliquidated,<br>disputed or<br>subject to setoff | (5)<br>Amount of<br>claim (if<br>secured also<br>state value of<br>security) |
|---|---|---|---|---|
| **American Express**<br>PO Box 360001<br>Ft. Lauderdale, FL  33336-0001 | | | | 54,754.00 |
| **Department of the Treasury**<br>**Internal Revenue Service**<br>Ogden, UT  84201-0005 | **Department Of The Treasury**<br>**Internal Revenue Service**<br>Ogden, UT  84201-0046 | | | 54,307.21 |
| **All-Phase Electric Supply**<br>PO Box 22254<br>Denver, CO  80222 | | | | 53,839.16 |
| **Big Johnson Construction**<br>PO Box 1128<br>Fort Morgan, CO  80701 | | | | 34,415.00 |
| **Bank Of America**<br>Bank of America, N.A.<br>PO Box 5170<br>Simi Valley, CA  93062-5170 | **1(800) 669-6607** | | | 32,733.98 |
| **American Welding Society**<br>**Bank Of America**<br>PO Box 982235<br>El Paso, TX  79998-2235 | | | | 32,733.98 |
| **State Of Colorado Department**<br>**Of Labor And Employment**<br>PO Box 8789<br>Denver, CO  80201-8789 | | | | 29,236.42 |
| **Bank Of America**<br>PO Box 982238<br>El Paso, TX  79998-2238 | | | | 25,305.69 |
| **Glenn Lewis**<br>2181 Meadows Court<br>Grand Junction, CO  81507 | | | | 24,519.10 |
| **Wilson Supply**<br>PO Box 200822<br>Dallas, TX  75320-0822 | | | | 21,519.72 |
| **High Country Gas & Supply**<br>1039 Pitkin Avenue<br>Grand Junction, CO  81501 | | | | 15,836.52 |
| **Eric Keller**<br>602 Sloan Street<br>Delta, CO  81416 | | | | 13,246.00 |
| **Delta County Treasurer**<br>501 Palmer, Suite 202<br>Delta, CO  81416 | | | | 12,673.48 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Bank Of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | **10,651.14** |
| **Bank Of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | **10,487.00** |
| **Alpine Bank**<br>**400 7th Street South**<br>**Rifle, CO 81650** | **10,122.08** |
| **Crane Service Inc.**<br>**505 Murray Road SE**<br>**Albuquerque, NM 87105-0817** | **9,447.43** |
| **Applied Industrial Technologies**<br>**22510 Network Place**<br>**Chicago, IL 60673-1225** | **9,189.39** |
| **Alpine Bank**<br>**400 7th Street South**<br>**Rifle, CO 81650** | **8,276.88** |
| **VenPro Partners**<br>**FBO Gibrahn Verdult**<br>**533 2nd Street**<br>**Encinitas, CA 92024** | **7,050.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 29, 2015**                    Signature: **/s/ John Robert Isom**

**John Robert Isom, President**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only