10. Alpine Bank general checking account was closed in October of 2014
11. None
12. None
13. Larin Jones
14. None
15. Bauerle & Company
16. Alpine Bank, National Business Capital, National Funding, American Express, Allstar Financial Group, Front Range Insurance Group, RLI Insurance Company, Six & Geving Insurance, Inc., Surescape Insurance Services, CCI Surety, Inc., Internal Revenue Service, Affinity Ventures, Bridge Bank, Next Level Funding, Reliant Funding
17. 12/31/2013 - $148,123.53 and 12/31/2014 - $118,621.00, Bob Isom, book value
18. Bob Isom, 5513 Hwy 348, Delta, Colorado 81416
19. Bob Isom, President, 100%, Peggy Isom, Secretary/Treasurer, Kimberly Cormier, Vice President
20. None
21. Disbursements were made to owner, as well as, payments to others on his behalf during this time. However, the owner gave loans to the company during this time frame, as well. Some were a wash, the table includes both. See below (Owner Activity table)
22. None
23. None

## Vehicles

| Unit | Asset Description | Purchase Date | Book Cost |
|---|---|---|---|
| 74071 | 2005 Dodge Pickup | 2/12/2007 | $ 19,249.15 |
| 74072 | 2012 Cadillac Escalade | 9/20/2012 | $ 75,310.15 |
| 74073 | 2011 GMC Crew Cab, 1-Ton Pickup | 6/15/2011 | $ 45,078.14 |
| 74075 | 2012 GMC Crew Cab, 3/4 Ton Pickup | 12/30/2011 | $ 61,204.11 |
| | Total Vehicles | | $ 200,841.55 |

## Machinery

| Unit | Asset Description | Purchase Date | Book Cost |
|---|---|---|---|
| SAW 3 | Peerless Bandsaw | 10/1/1991 | $ 14,500.00 |
| IRO | HMI Ironworker | 10/1/1991 | $ 29,000.00 |
| WEL 6 | DIP Core 300 Amp Welder | 10/1/1991 | $ 4,630.68 |
| CRA 1 & 2 | Overhead Cranes | 10/1/1991 | $ 10,325.00 |
| WEL 4 | DIP Core 300 Amp Welder | 6/15/1992 | $ 2,154.98 |
| PRE 3 | Drill Press | 6/15/1992 | $ 3,213.64 |
| LATH | Lathe | 3/15/1993 | $ 3,500.00 |

| | | | |
|---|---|---|---|
| MIL 2 | Mill 3500 | 3/15/1993 | $ 3,990.00 |
| SHE | Shear | 6/15/1993 | $ 29,800.00 |
| PRE 5 | Brake | 6/15/1993 | $ 19,800.00 |
| | 1-Ton Jib Crane | 6/15/1993 | $ 600.00 |
| FS 7 | DIP Core 300 Amp Welder | 6/15/1993 | $ 2,154.98 |
| ROL | Bertsch Plate Roll | 6/15/1993 | $ 20,500.00 |
| ROL 2 | Bertsch Plate Roll | 4/15/1994 | $ 18,250.00 |
| LATH 2 | Summit Lathe | 3/15/1995 | $ 12,000.00 |
| MIL 3 | Oster Milling Machine | 4/15/1995 | $ 1,500.00 |
| GRI | Doall | 4/15/1995 | $ 1,500.00 |
| SAW | Marvel Bandsaw | 8/12/1996 | $ 8,575.00 |
| | Whitney Beam Punch | 8/27/1996 | $ 2,950.00 |
| MIL | MSC Milling Machine | 6/25/1998 | $ 10,295.00 |
| AIR 2 | Sullaire Air Compressor | 12/31/1999 | $ 15,000.00 |
| | Spooler | 6/18/2004 | $ 1,000.00 |
| SAW 4 | Bandsaw | 3/16/2007 | $ 60,777.00 |
| | Meter Kit and Ground Clamp | 9/20/2007 | $ 472.93 |
| | Uniram Solvent Recycler | 12/14/2007 | $ 2,719.02 |
| | Graco Bulldog Paint Pump | 6/30/2008 | $ 1,830.51 |
| | Ammco Lift | 12/3/2008 | $ 4,545.83 |
| | Beveling Machine | 9/28/2010 | $ 1,502.34 |
| | Lincoln 455 Welder | 4/30/2011 | $ 13,203.18 |
| | Lincoln 455 Welder | 4/30/2011 | $ 13,203.18 |
| | XL 80 Plasma Cutter | 4/30/2011 | $ 2,000.00 |
| | Hypertherm Plasma Cutter | 5/13/2011 | $ 4,197.20 |
| | Hotsy Pressure Washer | 6/13/2011 | $ 4,527.60 |
| | Hypertherm Torch Assembly | 6/21/2011 | $ 1,081.78 |
| | Laser Level | 6/18/2012 | $ 1,400.18 |
| | Hougen Mag Drill | 7/13/2012 | $ 1,377.30 |
| | Hougen Mag Drill | 8/20/2012 | $ 1,376.27 |
| | Graco Ultimate Paint Sprayer | 11/21/2012 | $ 1,509.52 |
| | Lincoln S-350 Welding Machine | 3/29/2013 | $ 8,227.15 |
| AIR 3 | Air Compressor | 4/10/2013 | $ 1,000.00 |
| | Hougen Mag Drill | 4/17/2013 | $ 1,380.52 |
| WEL 23 | Miller Welding Machine | 4/30/2013 | $ 3,221.69 |
| WEL 24 | Miller Welding Machine | 4/30/2013 | $ 3,221.69 |
| WEL 26 | Miller Welding Machine | 4/30/2013 | $ 3,221.69 |
| WEL 25 | Miller Welding Machine | 4/30/2013 | $ 3,221.68 |
| CRA 3 | Omi Overhead Crane | 6/30/2013 | $ 23,587.83 |
| CRA 4 | Omi Overhead Crane | 6/30/2013 | $ 23,587.82 |
| | **Total Machinery** | | **$ 401,633.19** |